UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA LING HUI WILKERSON,<br><br>Plaintiff,<br><br>v.<br><br>FIVE RIVERS FARMING CO. LLC,<br><br>Defendant. | Case No. 8:25-cv-00773-DOC (ADZx)<br><br>Hon. David O. Carter<br><br>**JUDGMENT ORDER** |

1

**JUDGMENT**

WHEREAS, on December 10, 2025, the Court granted the *Renewed Motion for Default Judgment* of Plaintiff, Andrea Ling Hui Wilkerson (sometimes, "Plaintiff") against Defendant Five Rivers Farming, LLC, after fully considering the procedural history, the pleadings, evidentiary submissions, and the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986), finding that default judgment is warranted; and the Court having determined that Plaintiff sufficiently established liability for breach of contract under Nevada law and demonstrated damages, prejudgment interest, reasonable attorneys' fees, and costs as recoverable under the Line of Credit Agreement dated May 7, 2023, and Promissory Note date May 7, 2023.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment is entered in favor of Plaintiff, Andrea Ling Hui Wilkerson against Defendant, Five Rivers Farming, LLC, on Plaintiff's complaint.

2. Plaintiff is awarded a total monetary judgment in the amount of $1,336,159.52, comprised of compensatory damages, prejudgment interest, reasonable attorneys' fees, and costs, as determined by the Court.

3. Post-judgment interest shall accrue on the total judgment at the rate provided by 28 U.S.C. § 1961 from the date this Judgment is entered until paid in full.

4. The Clerk is directed to enter this Judgment forthwith. The case is ordered closed.

Dated: February 18, 2026

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2